**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**TAHKIAZLYN MARIK JENKINS**                                        **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO.: 3:20-cv-154-NBB-JMV**

**ANDREW SAUL,** *COMMISSIONER OF*
*SOCIAL SECURITY*                                                 **DEFENDANT**

## ORDER GRANTING IN PART UNOPPOSED MOTION FOR STAY

THIS CAUSE having come on for hearing on the Defendant's Unopposed Motion for Stay [ECF No. 6] and this Court, having considered the same and being fully advised in the premises and noting that Plaintiff has no objection, is of the opinion that said Unopposed Motion for Stay should be granted in part only.

**IT IS, THEREFORE, ORDERED** that all proceedings in this case are hereby stayed for the earlier of 60 days or until such time as the Commissioner of the Social Security Administration can prepare and file a certified copy of the administrative transcript.

SO ORDERED this 11th day of August, 2020.

                                                           /s/ Jane M. Virden
                                                           UNITED STATES MAGISTRATE JUDGE