IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TAHKIAZLYN MARIK JENKINS**                                              **PLAINTIFF**

V.                                                                   **NO. 3:20cv154-NBB-JMV**

**ANDREW M. SAUL**
*Commissioner of Social Security*                                              **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the record of this case, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated May 27, 2021, was on that date duly filed; the parties were duly notified; more than fourteen days have elapsed since notice of said Report and Recommendation; and no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated May 27, 2021, is, hereby, approved and adopted as the opinion of the Court.

2. That the Clerk is directed to CLOSE this case.

This, the 24th day of June, 2021.

                                                                           /s/ Neal Biggers
                                                                           NEAL B. BIGGERS, JR.
                                                                           UNITED STATES DISTRICT JUDGE